QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David W. Quinto (Bar No. 106232)
  davidquinto@quinnemanuel.com
  Rachel L. Fiset (Bar No. 240828)
  rachelfiset@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

  James D. Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Academy of Motion Picture Arts and Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRICE CARRINGTON, an individual; DAVIDSON & LICHT JEWELRY CORPORATION, a California corporation; VARNA PLATINUM, INC., a California corporation; JON LICHT, an individual; GABI CHIVIDJIAN, an individual; and DOES 5-10, inclusive,<br><br>Defendants | CASE NO. 3:09-cv-4899-SC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

00108.22858/3239312.1

STIPULATION TO EXTEND TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for defendants Davidson & Licht Jewelry Corporation and Jon Licht to respond to the First Amended Complaint shall be extended to January 21, 2010.

DATED: December 21, 2009    Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ David W. Quinto
David W. Quinto
Attorneys for Plaintiff
Academy of Motion Picture Arts and Sciences

DATED: December 21, 2009

By /s/ Craig L. Judson
Craig L. Judson
Attorneys for Defendants
Davidson & Licht Jewelry Corporation and Jon Licht

PURSUANT TO STIPULATION, defendants shall respond to the First Amended Complaint no later than January 21, 2010.

IT IS SO ORDERED.

DATED: 12/21/09

IT IS SO ORDERED
Judge Samuel Conti

_____
SAMUEL CONTI
United States District Court Judge

-2-

1
2     I, David W. Quinto, am the ECF user whose identification and password are
3 being used to file this stipulation.  In compliance with General Order 45.X.B, I
4 hereby attest that the other signatory has concurred in this filing.
5
  DATED:  December  21, 2009         Respectfully submitted,
6
                                      QUINN EMANUEL URQUHART OLIVER &
7                                     HEDGES, LLP
8
9                                     By /s/ David W. Quinto
                                        David W. Quinto
10                                      Attorneys for Plaintiff
                                        Academy of Motion Picture Arts and
11                                      Sciences
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
STIPULATION TO EXTEND TIME TO ANSWER