QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David W. Quinto (Bar No. 106232)
  davidquinto@quinnemanuel.com
  Rachel L. Fiset (Bar No. 240828)
  rachelfiset@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  James D. Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Academy of Motion Picture Arts and Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRICE CARRINGTON, an individual; DAVIDSON & LICHT JEWELRY CORPORATION, a California corporation; VARNA PLATINUM, INC., a California corporation; JON LICHT, an individual; GABI CHIVIDJIAN, an individual; and DOES 5-10, inclusive,<br><br>Defendants | CASE NO. 3:09-cv-4899-SC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for defendants Varna Platinum, Inc. and Gabi Chividjian to respond to the First Amended Complaint shall be extended to January 18, 2010.

DATED: January 7, 2010    Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ David W. Quinto
David W. Quinto
Attorneys for Plaintiff
Academy of Motion Picture Arts and Sciences

DATED: January 7, 2010

By /s/ Carol E. Childs
Carol E. Childs
Attorneys for Defendants
Varna Platinum, Inc. and Gabi Chividjian

PURSUANT TO STIPULATION, defendants shall respond to the First Amended Complaint no later than January 18, 2010.

IT IS SO ORDERED.

DATED: 1/11/10

_____
SAMUEL CONTI
United States District Court Judge

I, David W. Quinto, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

DATED: January 7, 2010

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ David W. Quinto
David W. Quinto
Attorneys for Plaintiff
Academy of Motion Picture Arts and Sciences