UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURES,<br><br>    Plaintiff,<br><br>  v.<br><br>BRICE CARRINGTON et al,<br><br>    Defendant. | Case Number: CV09-04899 SC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brice Carrington
251 Gridley Road
Ojai, CA 93023-9619

Dated: January 11, 2010

    Richard W. Wieking, Clerk
    By: T. De Martini, Deputy Clerk