QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
David W. Quinto (Bar No. 106232)
davidquinto@quinnemanuel.com
Rachel L. Fiset (Bar No. 240828)
rachelfiset@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Academy of Motion Picture Arts and Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRICE CARRINGTON, an individual; DAVIDSON & LICHT JEWELRY CORPORATION, a California corporation; VARNA PLATINUM, INC., a California corporation; JON LICHT, an individual; GABI CHIVIDJIAN, an individual; and DOES 5-10, inclusive,<br><br>Defendants | CASE NO. 3:09-cv-4899-SC<br><br>[~~Proposed~~] **ORDER ON STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES,

Pursuant to the parties' stipulation, and good cause appearing, the case management conference in this matter is continued from January 22, 2010 to ~~February 22, 2010~~. March 5, 2010.

DATED: 1/11/10



_____
SAMUEL
United States District Court Judge