QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David W. Quinto (Bar No. 106232)
   davidquinto@quinnemanuel.com
  Rachel L. Fiset (Bar No. 240828)
   rachelfiset@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

  James D. Judah (Bar No. 257112)
   jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Academy of Motion Picture Arts and Sciences

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>BRICE CARRINGTON, an individual; DAVIDSON & LICHT JEWELRY CORPORATION, a California corporation; VARNA PLATINUM, INC., a California corporation; JON LICHT, an individual; GABI CHIVIDJIAN, an individual; and DOES 5-10, inclusive,<br><br>           Defendants | CASE NO. 3:09-cv-4899-SC<br><br>[~~Proposed~~] **ORDER ON STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

00108.22858/3271231.1

ORDER ON STIPULATION RE CASE MANAGEMENT CONFERENCE

TO ALL PARTIES,

Pursuant to the parties' stipulation, and good cause appearing, the case management conference in this matter is continued from January 22, 2010 to ~~February 22, 2010~~. March 5, 2010.

DATED: 1/11/10



SAMUEL CONTI
United States District Court Judge

-2-
ORDER ON STIPULATION RE CASE MANAGEMENT CONFERENCE