QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
David W. Quinto (Bar No. 106232)
davidquinto@quinnemanuel.com
Rachel L. Fiset (Bar No. 240828)
rachelfiset@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Academy of Motion Picture Arts and Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRICE CARRINGTON, an individual; DAVIDSON & LICHT JEWELRY CORPORATION, a California corporation; VARNA PLATINUM, INC., a California corporation; JON LICHT, an individual; GABI CHIVIDJIAN, an individual; and DOES 5-10, inclusive,<br><br>Defendants | CASE NO. 3:09-cv-4899-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DAVIDSON & LICHT JEWELRY CORPORATION, VARNA PLATINUM, INC., JON LICHT, AND GABI CHIVIDJIAN, WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Academy of Motion Picture Arts and Sciences hereby voluntarily dismisses without prejudice the above-captioned action against defendants Davidson & Licht Jewelry Corporation, Varna Platinum, Inc., Jon Licht, and Gabi Chividjian. Defendants Davidson & Licht Jewelry Corporation, Varna Platinum, Inc., Jon Licht, and Gabi Chividjian have not served an answer to the complaint or a motion for summary judgment.

DATED: February 1, 2010

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

By /s/ David W. Quinto
David W. Quinto
Attorneys for Plaintiff
Academy of Motion Picture Arts and Sciences



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA