QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David W. Quinto (Bar No. 106232)
  davidquinto@quinnemanuel.com
  Rachel L. Fiset (Bar No. 240828)
  rachelfiset@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

  James D. Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Academy of Motion Picture Arts and Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRICE CARRINGTON, an individual; and DOES 5-10, inclusive,<br><br>Defendants | CASE NO. 3:09-cv-4899-SC<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

This Stipulated Final Judgment ("Judgment") is entered into by and between, on the one hand, the Academy of Motion Picture Arts and Sciences ("the Academy") and, on the other hand, Brice Carrington, with respect to all claims in this action.  The parties have stipulated to the entry of the following Judgment, and good cause appearing for the entry thereof:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Judgment in the total amount of $15,000 is hereby entered in favor of plaintiff the Academy, and against defendant Mr. Carrington, for all claims set forth in the Academy's amended complaint filed in this action.

3. Mr. Carrington and each of his agents, servants, employees, representatives and assigns, as well as those acting on their behalf or in concert or participation with them, is hereby permanently enjoined worldwide from engaging in any of the following acts, effective immediately:

(a) manufacturing, procuring the manufacturing of, distributing, displaying, marketing, shipping, importing, exporting, transferring, selling or offering to sell counterfeit ©Oscar® statuettes;

(b) copying, imitating, or in any way infringing upon the Academy's Rights in the ©Oscar®;

(c) representing in any manner that Mr. Carrington has ever owned or been awarded an ©Oscar® statuette;

(d) assisting, aiding or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (c) above.

4. Each party shall bear its own costs and attorneys' fees in connection with this action. Mr. Carrington shall and hereby does waive any right to appeal from any order, judgment, or decree entered in this action.

5. Per Rule 41(a)(1)(A)(i) of the <u>Federal Rules of Civil Procedure</u>, plaintiff Academy of Motion Picture Arts and Sciences hereby voluntarily dismisses without prejudice the above-captioned action against the Doe Defendants.

6. This Court retains jurisdiction over this matter and to the extent necessary to enforce this Judgment and to determine any issues which may arise concerning this Judgment.

DATED: February 10, 2010     Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ David W. Quinto
David W. Quinto
Attorneys for Plaintiff
Academy of Motion Picture Arts and Sciences

DATED: February 10, 2010     Brice Carrington

By /s/ Brice Carrington
Brice Carrington
Pro Se

IT IS SO ORDERED.

DATED: 2/11/10

_____
SAMUEL C. CONTI
United States District Court Judge

*IT IS SO ORDERED — Judge Samuel Conti*

-3-

FINAL JUDGMENT AND PERMANENT INJUNCTION

1  I, David W. Quinto, am the ECF user whose identification and password are
2 being used to file this stipulation.  In compliance with General Order 45.X.B, I
3 hereby attest that the other signatory has concurred in this filing.

4
DATED:  February  10, 2010           Respectfully submitted,
5
                                                         QUINN EMANUEL URQUHART OLIVER &
6                                                       HEDGES. LLP

7

8                                                        By /s/ David W. Quinto
                                                              David W. Quinto
9                                                            Attorneys for Plaintiff
                                                              Academy of Motion Picture Arts and
10                                                           Sciences

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-
FINAL JUDGMENT AND PERMANENT INJUNCTION