AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>USDC for the Northern District of California |
|---|---|
| DOCKET NO.<br>CV 09-04899 SC | DATE FILED<br>10/14/09 |
| 450 Golden Gate Avenue, 16th Floor San Francisco, CA 94102 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| ACADEMY OF MOTION PICTURES | BRICE CARRINGTON |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | see complaint | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No   Alfred Amistoso, Deputy Clerk | DATE RENDERED<br>2/11/10 |
|---|---|---|
| CLERK   Susan Y. Soong<br>~~Richard W. Wieking~~ | (BY) DEPUTY CLERK<br>Alfred Amistoso | DATE<br>October 16, 2009 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy